Leon F. Mead II, Esq.
Nevada Bar No. 5719
Email: leon@meadlawgroup.com
**MEAD LAW GROUP**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: 702.869-0192
Fax: 702.922.3831

*Attorneys for Defendants*
*MACKNAK Korte Group, LLC and*
*Travelers Casualty and Surety Company of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, for the use and benefit of TIG WORKS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MACNAK KORTE GROUP, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOES 1 through 10, and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-01608-APG-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE SETTLEMENT CONFERENCE** |

Pursuant to LR II 7-1, Plaintiff United States of America, for the use and benefit of TIG WORKS, LLC ("TIG") and Defendants MACNAK KORTE GROUP, LLC and TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA (collectively "MACNAK") (collectively the "Parties") do stipulate and agree that the Settlement Conference scheduled for October 24, 2017 with the Honorable Magistrate Judge Peggy Leen be rescheduled for another date that is convenient for the Court on or after November 7, 2017.

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702.869-0192
F/. 702.922.3831

1

Good cause is present for this rescheduling as counsel for MACNAK will be recovering from surgery in Texas on October 24, 2017 and will therefore be unable to attend.

It is so stipulated.

| WILLIAMS & ASSOCIATES | MEAD LAW GROUP |
|---|---|
| Donald H. Williams, Esq.<br>Nevada Bar No. 5548<br>Drew J. Starbuck, Esq.<br>Nevada Bar No. 13725<br>612 South Tenth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff and Counter-defendant TIG Works* | Leon F. Mead II, Esq.<br>Nevada Bar No. 5719<br>10161 Park Run Drive<br>Suite 150<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants and Counterclaimant MACNAK Korte Group, LLC and Travelers Casualty and Surety Company of America* |

It is hereby ORDERED that the Settlement Conference currently scheduled for October 24, 2017 will now take place on November 17, 2017, at 9:30 a.m. Confidential settlement statements shall be due to chambers no later than 4:00 p.m., November 10, 2017. All other instructions within the original Order Setting Settlement Conference (ECF No 20) shall remain in effect.

Dated: September 15, 2017

Peggy A. Leen
United States Magistrate Judge

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702 869-0192
F/. 702.922.3831

Good cause is present for this rescheduling as counsel for MACNAK will be recovering from surgery in Texas on October 24, 2017 and will therefore be unable to attend.

It is so stipulated.

| WILLIAMS & ASSOCIATES | MEAD LAW GROUP |
|---|---|
| _____ | _____ |
| Donald H. Williams, Esq.<br>Nevada Bar No. 5548<br>Drew J. Starbuck, Esq.<br>Nevada Bar No. 13725<br>612 South Tenth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff and Counter-defendant TIG Works* | Leon F. Mead II, Esq.<br>Nevada Bar No. 5719<br>10161 Park Run Drive<br>Suite 150<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants and Counterclaimant MACNAK Korte Group, LLC and Travelers Casualty and Surety Company of America* |

It is hereby ORDERED that the Settlement Conference currently scheduled for October 24, 2017 will now take place on _____ at _____ ___m.

Dated this ___ day of _____, 2017.

_____
MAGISTRATE JUDGE