Leon F. Mead II, Esq.
Nevada Bar No. 5719
Email: leon@meadlawgroup.com
**MEAD LAW GROUP**
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel: 702.869.0192
Fax: 702.922.3831

*Attorneys for Defendants*
*MACKNAK Korte Group, LLC and*
*Travelers Casualty and Surety Company of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, FOR THE USE AND BENEFIT OF TIG WORKS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MACNAK KORTE GROUP, LLC; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA; DOES 1 through 10, and ROE ENTITIES 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:17-CV-01608-APG-PAL<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE** |

Plaintiff TIG Works, LLC, by and through its counsel, Williams & Starbuck, and Defendants MACNAK Korte Group, LLC and Travelers Casualty and Surety Company of America, by and through their counsel, Mead Law Group, agree and stipulate to dismiss all claims in the above-captioned action with prejudice, as the parties have reached a settlement agreement.

Mead Law Group
10161 Park Run Dr.
Suite 150
Las Vegas, NV 89145
T. 702.869.0192
F/. 702.922.3831

1

It is so stipulated.

| WILLIAMS & ASSOCIATES | MEAD LAW GROUP |
|---|---|
| /s/ Donald H. Williams | /s/ Leon F. Mead II |
| Donald H. Williams, Esq.<br>Nevada Bar No. 5548<br>Drew J. Starbuck, Esq.<br>Nevada Bar No. 13725<br>612 South Tenth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff and Counter-defendant TIG Works* | Leon F. Mead II, Esq.<br>Nevada Bar No. 5719<br>10161 Park Run Drive<br>Suite 150<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendants and Counterclaimant MACNAK Korte Group, LLC and Travelers Casualty and Surety Company of America* |

It is hereby ORDERED that all claims in this action, including both those in Plaintiff's Complaint and Defendant's Counter-claim, are dismissed with prejudice.

Dated: December 11, 2017.

/s/
UNITED STATES DISTRICT JUDGE

Mead Law Group
10161 Park Run Dr
Suite 150
Las Vegas, NV 89145
T. 702.869-0192
F/. 702.922.3831

2